Buck et al., Appellants *v.* Brunner.

Argued April 17, 1950. Before RHODES, P. J., HIRT, RENO, DITHRICH, ROSS and ARNOLD, JJ.

*Louis Vaira,* with him *John D. Stedeford,* for appellants.

*John E. Winner,* with him *Floyd V. Winner,* for appellee.

PER CURIAM, July 20, 1950:
The order is affirmed on the opinion of Judge ELLENBOGEN.